IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0855-11






DAVID CEPEDA JONES, Appellant


 

v.



THE STATE OF TEXAS





ON REHEARING OF APPELLANT'S 
 

 PETITION FOR DISCRETIONARY REVIEW

FROM THE FOURTH COURT OF APPEALS


BEXAR COUNTY





 Per curiam.


O P I N I O N 




 Appellant seeks to file a petition for discretionary review from the Court of
Appeals' dismissal of his appeal. Jones v. State, (Tex. App. -- San Antonio, No. 04-11-00164-CR, delivered April 13, 2011). Appellant's petition for discretionary review was
dismissed as untimely filed on June 22, 2011. Appellant has filed a motion for rehearing
requesting reinstatement of his petition so that it will be considered by this Court. 
Appellant's motion for rehearing is granted. His petition filed in this Court on June 15,
2011, is reinstated as of August 24, 2011, and will be considered in accord with
Tex.R.App.P. 68. 


Delivered August 24, 2011

Do not publish